No. 93–1213. MANUFACTURERS HANOVER LEASING CORP. *v.* LOWREY, TRUSTEE OF ROBINSON BROTHERS DRILLING, INC., ET AL. C. A. 10th Cir. Motions of Equipment Leasing Association of America, Inc., American Bankers Association, Commercial Finance Association, Inc., New York Clearing House Association, and American Council of Life Insurance for leave to file briefs

as *amici curiae* granted. Certiorari denied.